UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

------------------------------------------------------- X
PNG JEWELERS INC.,                                     :
                                                       :   Civil Action No. 3:21-CV-10493 (MAS) (RLS)
       Plaintiff,                                      :
                                                       :   **STIPULATION OF DISMISSAL**
  - against -                                         :   **WITH PREJUDICE**
                                                       :
LAWRENCE B. SACHS, ESQ.                                :
                                                       :
       Defendant.                                      :
------------------------------------------------------- X

The parties to this action, by and through their attorneys, hereby stipulate and agree, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that this action be Dismissed with prejudice and without costs.

| WEINER LAW GROUP LLP | GOLDERG SEGALLA LLP |
| --- | --- |
| Attorneys for Plaintiff | Attorneys for Defendant |
| By: _/s/ Paul_____ | By: __s/_____ |
| Paul S. Grossman, Esq. | Seth L. Laver, Esq. |
| Dated: _____ | Dated: _____ |

#3457492v1